# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| AMY DUCKWORTH, | ) |
| Plaintiff, | ) |
| | ) Case No. 1:18-cv-00190-TLS-SLC |
| v. | ) |
| AASHIRUAD, LLC, d/b/a MOTEL 6, | ) |
| Defendant. | ) |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW the Parties, by their respective counsel, and hereby stipulate and agree that the within action be dismissed with prejudice as to all claims of the Plaintiff and Defendant, the same having been fully compromised and settled as to all claims, costs paid.

Respectfully submitted this _____ day of February, 2019, by:

*/s/ Samuel L. Bolinger*  
Samuel L. Bolinger, #10786-98  
803 S. Calhoun Street, Suite 300  
Fort Wayne, IN 46802  
Tel: (260) 407-0040  
Fax: (260) 407-0039  
Email: mark@slbolingerlaw.com  

*Counsel for Plaintiff Amy Duckworth*

*/s/ Rachel K. Steinhofer*  
Rachel K. Steinhofer, #29281-49  
BARRETT MCNAGNY LLP  
215 East Berry Street  
Fort Wayne, IN 46802  
Tel: (260) 423-9551  
Fax: (260) 423-8920  
Email: rks@barrettlaw.com  

*Counsel for Defendant Aashiruad, LLC d/b/a Motel 6*